| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ute Lake Ranch, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 16-17054-EEB |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 497,852.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 53,120.83

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ 550,972.83

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $ 2,255,357.92

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 274,930.61

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$ 1,790,775.11

4. **Total liabilities** ...................................................................................... $ 4,321,063.64
   Lines 2 + 3a + 3b