**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 16-17064 (EEB) |
| DVR, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-17054 (EEB) |
| | ) | |
| UTE LAKE RANCH, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## BRUCE HAMON'S OBJECTIONS TO TRUSTEES' JOINT LIST OF EXHIBITS

Bruce Hamon ("**Hamon**"), through undersigned counsel, hereby submits the following Objections to Trustees' Joint List of Exhibits.

1. <u>Exhibit 9</u> - Hamon objects to Exhibit 9 on the following grounds: authenticity; foundation; hearsay; not a proper summary under F.R.E. 1006; and best evidence rule.

2. <u>Exhibit 11</u> – Hamon objects to Exhibit 11 on the following grounds: authenticity; foundation; and hearsay.

3. <u>Exhibit 12</u> – Hamon objects to Exhibit 12 on the following grounds: authenticity; completeness; hearsay; foundation; best evidence rule; and not a proper summary under F.R.E. 1006.

4. <u>Exhibit 46</u> – Hamon objects to Exhibit 46 on the following grounds: authenticity; best evidence rule; hearsay; foundation; and mischaracterizes the evidence.

5. <u>Exhibit 47</u> – Hamon objects to Exhibit 47 on the following grounds: authenticity; foundation; hearsay; not a proper summary under F.R.E. 1006; and mischaracterizes the evidence.

6. <u>Exhibit 48</u> – Hamon objects to Exhibit 48 because no actual exhibit was pre-marked or exchanged with Hamon's counsel. In addition, Hamon specifically objected to the Trustees' designation of "all pleadings, papers and documents filed in Arapahoe County District Court Case No. 09cv2340" because that constituted thousands of potential documents which were not specifically disclosed to Hamon. Furthermore, the identification of "all pleadings and documents" is vague, ambiguous and overbroad. Hamon cannot be expected to review and prepare for thousands of unidentified documents in advance of the hearing. Hamon expressly conferred with the Trustees' counsel in advance of filing this objection and the Trustees' counsel never responded.

7. <u>Exhibit 49</u> - Hamon objects to Exhibit 49 because no actual exhibit was pre-marked or exchanged with Hamon's counsel. In addition, Hamon specifically objected to the Trustees' designation of "all pleadings, papers and documents filed in Arapahoe County District Court Case No. 2012cv1008" because that constituted thousands of potential documents which were not specifically disclosed to Hamon. Furthermore, the identification of "all pleadings and documents" is vague, ambiguous and overbroad. Hamon cannot be expected to review and prepare for thousands of unidentified documents in advance of the hearing. Hamon expressly conferred with the Trustees' counsel in advance of filing this objection and the Trustees' counsel never responded.

8. Hamon specifically preserves all objections to relevancy as to each of the Trustees' joint exhibits.

Respectfully submitted, this 6th day of August, 2018.

HATCH RAY OLSEN CONANT LLC

By: _/s/ Brian T. Ray_____
Brian T. Ray
730 17th St. Suite 200
Denver, CO 80202
Telephone number: 303-298-1800_
Facsimile number: 303-298-1804_
E-mail address: bray@hatchlawyers.com_

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing **BRUCE HAMON'S OBJECTIONS TO TRUSTEES' JOINT LIST OF EXHIBITS** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid on the following parties, this 6th day of August 2018 and via CM/ECF electronic filing on all parties who have appeared of record.

US Trustee
Attn: Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Philip A. Pearlman
1700 Lincoln St.
Ste. 2000
Denver, CO 80203

Janice A. Steinle
9249 S. Broadway, Ste. 200
PMB 505
Highlands Ranch, CO 80129

J. Brian Fletcher
1801 Broadway, Ste. 900
Denver, CO 80202

Joli A. Lofstedt
950 Spruce St., Ste. 1C
Louisville, CO 80027

Harvey Sender
Sender & Smiley LLC
600 17th St., Suite 2800
Denver, CO 80202

              */s/ Vanessa S. Maddalena*
               Vanessa S. Maddalena