# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
DENVER DIVISION

In Re: §
§
Ute Lake Ranch, Inc. § Case No. 16-17054-EEB
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JANICE A. STEINLE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 244,061.00

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 343,432.65

3) Total gross receipts of $587,493.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $587,493.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,255,357.92 | $5,196,887.37 | $244,061.00 | $244,061.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 236,187.07 | 236,187.07 | 236,187.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 609,697.11 | 107,245.58 | 107,245.58 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 274,930.61 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,790,775.11 | 15,059,826.54 | 206,024.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,321,063.64 | $21,102,598.09 | $793,517.65 | $587,493.65 |

4)  This case was originally filed under chapter 11 on 07/18/2016, and it was converted to chapter 7 on 10/26/2016.  The case was pending for 50 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2020          By:/s/JANICE A. STEINLE _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 44 Improved single family lots in the Estates at Ute Lake Ra | 1110-000 | 200,000.00 |
| 730.2 acres of dry pasture land | 1110-000 | 294,061.00 |
| OIL & GAS interests under acreage & lots | 1110-000 | 7,000.00 |
| Receiver bank account balance | 1129-000 | 53,100.83 |
| Refund - Farmer's Electric Cooperative | 1229-000 | 21,316.71 |
| Refunds - other misc. | 1229-000 | 15.11 |
| Remnant sale of any tangible & intangible ULR assets | 1229-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$587,493.65** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sidney Strebeck/Strebeck Raches, Ltd. | | 442,906.34 | NA | NA | 0.00 |
| 10 | New Lake, Llc | 4110-000 | 0.00 | 2,529,713.24 | 0.00 | 0.00 |
| | Sid Strebeck | 4110-000 | NA | 244,061.00 | 244,061.00 | 244,061.00 |
| 20-1 | Sidney Strebeck/Strebeck Ranches, Ltd. | 4110-000 | NA | 525,000.00 | 0.00 | 0.00 |
| 42 | Bruce W. Hamon | 4120-000 | 25,569.38 | 27,421.19 | 0.00 | 0.00 |
| 8 | Cbi Holdings Llc | 4120-000 | 1,063,797.26 | 1,121,101.37 | 0.00 | 0.00 |
| 6 | Philips Family Partnership | 4120-000 | 361,542.47 | 388,147.95 | 0.00 | 0.00 |
| 3 | Sim Colorado Holdings, Llc | 4120-000 | 361,542.47 | 361,442.62 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,255,357.92 | $5,196,887.37 | $244,061.00 | $244,061.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janice A. Steinle | 2100-000 | NA | 32,624.68 | 32,624.68 | 32,624.68 |
| Janice A. Steinle | 2200-000 | NA | 2,769.18 | 2,769.18 | 2,769.18 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 179.80 | 179.80 | 179.80 |
| First Title Services | 2500-000 | NA | 1,916.22 | 1,916.22 | 1,916.22 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of Kansas City | 2600-000 | NA | 309.65 | 309.65 | 309.65 |
| BOK Financial | 2600-000 | NA | 5,011.32 | 5,011.32 | 5,011.32 |
| New Mexico Taxation & Revenue | 2820-000 | NA | 50.00 | 50.00 | 50.00 |
| New Mexico Taxation & Revenue Dept | 2820-000 | NA | 100.00 | 100.00 | 100.00 |
| New Mexico Taxation & Revenue Dept. | 2820-000 | NA | 50.00 | 50.00 | 50.00 |
| OFFICE OF THE US TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| SPENCER FANE BRITT & BROWNE LLP | 3210-000 | NA | 175,083.00 | 175,083.00 | 175,083.00 |
| SPENCER FANE BRITT & BROWNE LLP | 3220-000 | NA | 2,972.22 | 2,972.22 | 2,972.22 |
| DAMON L KAPLAN, CPA | 3410-000 | NA | 14,040.50 | 14,040.50 | 14,040.50 |
| DAMON L KAPLAN, CPA | 3420-000 | NA | 430.50 | 430.50 | 430.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $236,187.07 | $236,187.07 | $236,187.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): SPENCER FANE BRITT & BROWNE LLP | 6210-000 | NA | 283.55 | 248.55 | 248.55 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): SPENCER FANE BRITT & BROWNE LLP | 6220-000 | NA | 15,729.00 | 13,787.75 | 13,787.75 |
| Other Prior Chapter Professional Fees: Cordes & Company, As Custodian Of Ute Lake Ranch, | 6700-000 | NA | 40,872.50 | 0.00 | 0.00 |
| Other Prior Chapter Professional Fees: Cordes & Company, As Receiver And Custodian Of Ute | 6700-000 | NA | 339,068.72 | 62,171.12 | 62,171.12 |
| Other Prior Chapter Professional Fees: Holland & Hart LLP | 6700-000 | NA | 98,055.56 | 16,180.94 | 16,180.94 |
| Other Prior Chapter Professional Fees: Markus Williams Young & Zimmermann Llc | 6700-000 | NA | 115,552.78 | 14,722.22 | 14,722.22 |
| Other Prior Chapter Administrative Expenses: Bank of Kansas City | 6990-000 | NA | 10.00 | 10.00 | 10.00 |
| Other Prior Chapter Administrative Expenses: Global Surety, LLC to Janice A Steinle for Ute Lake Ranch | 6990-000 | NA | -300.00 | -300.00 | -300.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses: INTERNATIONAL SURETIES | 6990-000 | NA | 425.00 | 425.00 | 425.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $609,697.11 | $107,245.58 | $107,245.58 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cordes & Company, Inc. | | 146,786.62 | NA | NA | 0.00 |
| | Harding County Treasurer's Office | | 0.00 | NA | NA | 0.00 |
| | Holland & Hart LLP | | 42,217.99 | NA | NA | 0.00 |
| | Quay County Treasurer's Office | | 85,926.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $274,930.61 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Metropolitan Mortgage | | 1,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st National Bank of New Mexico | | 0.00 | NA | NA | 0.00 |
| | 1st National Bank of the Rockies | | 0.00 | NA | NA | 0.00 |
| | Ace Cleaning | | 200.00 | NA | NA | 0.00 |
| | Ajay Tipnis and Archana Tipnis | | 0.00 | NA | NA | 0.00 |
| | American Express | | 0.00 | NA | NA | 0.00 |
| | Amiel Curnutt | | 0.00 | NA | NA | 0.00 |
| | Arapahoe County District Court | | 14,755.61 | NA | NA | 0.00 |
| | Arapahoe County Treasurer | | 0.00 | NA | NA | 0.00 |
| | Ascent Community Associates, LLC | | 0.00 | NA | NA | 0.00 |
| | AT&T Mobility | | 586.22 | NA | NA | 0.00 |
| | Bank of America | | 128,684.00 | NA | NA | 0.00 |
| | Barraza, Ruben | | 0.00 | NA | NA | 0.00 |
| | Barry Freedman | | 618,618.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Betsy Shepard Recovable Trust | | 0.00 | NA | NA | 0.00 |
| | Bishop, Luke & Elveta | | 0.00 | NA | NA | 0.00 |
| | Blane Scenters and Susan Scenters | | 0.00 | NA | NA | 0.00 |
| | Bohannan Huston Inc. | | 0.00 | NA | NA | 0.00 |
| | Bruce Hamon and Heartland Bank | | 0.00 | NA | NA | 0.00 |
| | Bruce Hamon and Muriel Hamon (Agnelli) | | 0.00 | NA | NA | 0.00 |
| | Burns Figa & Will | | 223,750.08 | NA | NA | 0.00 |
| | C.D. Andrew Glassford & Robert Glassford | | 0.00 | NA | NA | 0.00 |
| | Carolyn M. Moll and Jeffrey C. Moll | | 0.00 | NA | NA | 0.00 |
| | Carpenter Reporting, Inc. | | 0.00 | NA | NA | 0.00 |
| | C-Dee's Sign Service | | 270.00 | NA | NA | 0.00 |
| | Charles Benton | | 0.00 | NA | NA | 0.00 |
| | Chloe Enterprises, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chloe Enterprises, Inc. | | 194,220.28 | NA | NA | 0.00 |
| | Christopher Gordon and Penny Vencel | | 0.00 | NA | NA | 0.00 |
| | Cingular | | 681.49 | NA | NA | 0.00 |
| | City LeMaster | | 0.00 | NA | NA | 0.00 |
| | City of Tucumacari | | 5,625.00 | NA | NA | 0.00 |
| | Clear My Calendar, LLC | | 0.00 | NA | NA | 0.00 |
| | Clifton Larsen Allen, LLP | | 5,601.75 | NA | NA | 0.00 |
| | Clovis Court Reporting | | 0.00 | NA | NA | 0.00 |
| | Conway Oil Company | | 0.00 | NA | NA | 0.00 |
| | CSI, LLC | | 0.00 | NA | NA | 0.00 |
| | D & S Wells Services | | 0.00 | NA | NA | 0.00 |
| | D&A Auto Care | | 0.00 | NA | NA | 0.00 |
| | D. Scott Norton and Deborah A. Norton | | 0.00 | NA | NA | 0.00 |
| | Daniel Sanchez and Susan Sanchez | | 0.00 | NA | NA | 0.00 |
| | David A. Top and Melinda A. Top | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David V. Nash and Gordon W. Poelman | | 0.00 | NA | NA | 0.00 |
| | DirecTV | | 68.98 | NA | NA | 0.00 |
| | Doerr & Knudson, PA | | 2,654.69 | NA | NA | 0.00 |
| | Donald R. Linville and Lee E. Emery | | 0.00 | NA | NA | 0.00 |
| | Donald Reutemann | | 0.00 | NA | NA | 0.00 |
| | Douglas Brasher and Sheri S. Brasher | | 0.00 | NA | NA | 0.00 |
| | Douglas Smith Surveying, Inc. | | 162.50 | NA | NA | 0.00 |
| | Douglas Sylvester | | 0.00 | NA | NA | 0.00 |
| | Eagle Nest Properties, LLC | | 0.00 | NA | NA | 0.00 |
| | Edward F. Calus | | 0.00 | NA | NA | 0.00 |
| | Edward Thompson and Eric Hillila | | 0.00 | NA | NA | 0.00 |
| | Eileen L. Dexter | | 0.00 | NA | NA | 0.00 |
| | EMC Insurance Companies | | 424.84 | NA | NA | 0.00 |
| | English Law Firm | | 171,865.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eugene Giron, Amy Giron and Lyle Giron | | 0.00 | NA | NA | 0.00 |
| | Farmers' Electric Cooperative, Inc. | | 1,102.83 | NA | NA | 0.00 |
| | Five S Properties LLC | | 0.00 | NA | NA | 0.00 |
| | Gerald W. Walls and Lindsy Walls | | 0.00 | NA | NA | 0.00 |
| | Geraldine Welch | | 0.00 | NA | NA | 0.00 |
| | Greig & Richards, P.A. | | 1,012.38 | NA | NA | 0.00 |
| | Harold W. Gordon and Martha F. Gordon | | 0.00 | NA | NA | 0.00 |
| | Harry the Locksmith | | 0.00 | NA | NA | 0.00 |
| | HB Realty Corp | | 0.00 | NA | NA | 0.00 |
| | Hunter & Geist | | 423.07 | NA | NA | 0.00 |
| | Inspiration Development | | 0.00 | NA | NA | 0.00 |
| | Integra Telecom | | 522.72 | NA | NA | 0.00 |
| | James K. Kreutz & Associates PC | | 124,313.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James Kreutz and Martha Kreutz | | 0.00 | NA | NA | 0.00 |
| | Jamie Halegoua and Melissa Halegoua | | 0.00 | NA | NA | 0.00 |
| | Janis Cella | | 0.00 | NA | NA | 0.00 |
| | Jeanne C. Vallez | | 0.00 | NA | NA | 0.00 |
| | Jerold Azato & Lynn Aurellus Azato | | 0.00 | NA | NA | 0.00 |
| | Jim Carrero HVAC | | 0.00 | NA | NA | 0.00 |
| | John Deere Credit | | 0.00 | NA | NA | 0.00 |
| | John Kokish, P.C. | | 0.00 | NA | NA | 0.00 |
| | John Mantley Revocable Trust | | 0.00 | NA | NA | 0.00 |
| | Joseph A. Orander | | 0.00 | NA | NA | 0.00 |
| | Joseph M. Catalano | | 0.00 | NA | NA | 0.00 |
| | Karen Ruth Gates and John Gates | | 0.00 | NA | NA | 0.00 |
| | Kelly J. Crone | | 0.00 | NA | NA | 0.00 |
| | Kenneth J. Hodgins and Donna L. Hodgins | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law & Resource Planning Associates | | 88,510.15 | NA | NA | 0.00 |
| | Leo and Robin Vander Hulst | | 0.00 | NA | NA | 0.00 |
| | Logan Home & Auto Center | | 0.00 | NA | NA | 0.00 |
| | Lynn Harrison and Pam Harrison | | 0.00 | NA | NA | 0.00 |
| | Mitchell, Dianne and Marjorie Greenwald | | 0.00 | NA | NA | 0.00 |
| | Napa Logan Home and Auto Center | | 210.67 | NA | NA | 0.00 |
| | New Mexico Deptartment of Revenue | | 0.00 | NA | NA | 0.00 |
| | New Mexico Taxation and Revenue Dep | | 828.73 | NA | NA | 0.00 |
| | North Dakota Guaranty & Title Co. | | 0.00 | NA | NA | 0.00 |
| | Paul E. Gilliam, Jr. and Marlene Gilliam | | 0.00 | NA | NA | 0.00 |
| | PFW Advisors | | 0.00 | NA | NA | 0.00 |
| | Phelps Engineering Services, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacol Assurance | | 0.00 | NA | NA | 0.00 |
| | PiperTel Communications, LLC | | 0.00 | NA | NA | 0.00 |
| | Plateau Wireless | | 51.74 | NA | NA | 0.00 |
| | Priest Engineering, Inc. | | 0.00 | NA | NA | 0.00 |
| | Quay County Clerk | | 0.00 | NA | NA | 0.00 |
| | Quay County Government | | 0.00 | NA | NA | 0.00 |
| | Quay County Treasurer | | 7,449.45 | NA | NA | 0.00 |
| | Qwest - Barry's Home Fax | | 30.10 | NA | NA | 0.00 |
| | Ranjit R. Pradhan and Radhika R. Pradham | | 0.00 | NA | NA | 0.00 |
| | RDM Waste, Inc. | | 0.00 | NA | NA | 0.00 |
| | Richard H. Kamerling | | 0.00 | NA | NA | 0.00 |
| | Robert Dobek | | 0.00 | NA | NA | 0.00 |
| | Robert E. Martin and Patricia Martin | | 0.00 | NA | NA | 0.00 |
| | Russell Graves | | 0.00 | NA | NA | 0.00 |
| | Russell J. Bradshaw and Susan Bradshaw | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Russell W. Jones and Gina A. Jones | | 0.00 | NA | NA | 0.00 |
| | SamSam Capital, LLC | | 0.00 | NA | NA | 0.00 |
| | Scott E. Stevenson and Thomas Vose | | 0.00 | NA | NA | 0.00 |
| | Services Bureau | | 0.00 | NA | NA | 0.00 |
| | Sidney Strebeck | | 0.00 | NA | NA | 0.00 |
| | SKB Business Services | | 0.00 | NA | NA | 0.00 |
| | State Farm Insurance | | 0.00 | NA | NA | 0.00 |
| | State of New Mexico | | 0.00 | NA | NA | 0.00 |
| | StormCo LLC | | 26,880.74 | NA | NA | 0.00 |
| | Strebeck Ranches, Ltd. | | 0.00 | NA | NA | 0.00 |
| | Terra Verde Architects, LLC | | 1,162.50 | NA | NA | 0.00 |
| | Terry's Service Center Logan, Inc. | | 0.00 | NA | NA | 0.00 |
| | The Windfire Group | | 13,750.00 | NA | NA | 0.00 |
| | Thomas H. Vose | | 0.00 | NA | NA | 0.00 |
| | Todd Feldman | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Two G Investments 1, LLC | | 0.00 | NA | NA | 0.00 |
| | US Bank | | 0.00 | NA | NA | 0.00 |
| | Ute Lake Marina | | 404.76 | NA | NA | 0.00 |
| | Ute Lake NM LLC | | 0.00 | NA | NA | 0.00 |
| | Venture Source | | 79,168.06 | NA | NA | 0.00 |
| | Versatile Construction | | 0.00 | NA | NA | 0.00 |
| | Vincent T. Contestable | | 0.00 | NA | NA | 0.00 |
| | VSM Reporting, LLC | | 0.00 | NA | NA | 0.00 |
| | Wagner Valuation & Forensica, LLC | | 0.00 | NA | NA | 0.00 |
| | Warren Ehrlich | | 0.00 | NA | NA | 0.00 |
| | Wayne Block, Inc. | | 2,033.23 | NA | NA | 0.00 |
| | Wheeler, Trigg, O'Donnell, LLP | | 0.00 | NA | NA | 0.00 |
| | Winston Wall | | 0.00 | NA | NA | 0.00 |
| | Xcel Energy | | 389.95 | NA | NA | 0.00 |
| 24 | Brent L. Strebeck | 7100-000 | NA | 201,000.00 | 0.00 | 0.00 |
| 41 | Bruce W. Hamon | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Bx3 Business Solutions | 7100-000 | 73,060.00 | 54,795.00 | 54,795.00 | 0.00 |
| 35 | Charles L Strebeck | 7100-000 | NA | 1,100,000.00 | 0.00 | 0.00 |
| 23 | Charles L. Strebeck | 7100-000 | NA | 330,000.00 | 0.00 | 0.00 |
| 13 | Christopher Gordon And Penny Vencel | 7100-000 | NA | 247,500.00 | 0.00 | 0.00 |
| 2 | COLORADO DEPARTMENT OF REVENUE | 7100-000 | 0.00 | 1,229.00 | 1,229.00 | 0.00 |
| 14 | David V. Nash And Gordon W. Poelman | 7100-000 | NA | 282,500.00 | 0.00 | 0.00 |
| 22 | Eight S Properties, Llc | 7100-000 | NA | 445,000.00 | 0.00 | 0.00 |
| 30 | Five S Properties, Llc | 7100-000 | NA | 470,000.00 | 0.00 | 0.00 |
| 18 | Gates, Karen Ruth And John | 7100-000 | NA | 125,500.00 | 0.00 | 0.00 |
| 39 | Hamon, Bruce & Muriel | 7100-000 | NA | 1,009,000.00 | 0.00 | 0.00 |
| 15 | Harold W. Gorden And Martha F. Gorden | 7100-000 | NA | 382,250.00 | 0.00 | 0.00 |
| 31 | Hilltop Motors | 7100-000 | NA | 440,000.00 | 0.00 | 0.00 |
| 1 | Internal Revenue Service | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | Jamie A. Halegoua | 7100-000 | NA | 121,250.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Jerold P. Azato And Lynn Aurelius-Azato | 7100-000 | NA | 242,400.00 | 0.00 | 0.00 |
| 43 | Joli A. Lofstedt, Trustee For Dvr, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 29 | Jordan Strebeck | 7100-000 | NA | 470,000.00 | 0.00 | 0.00 |
| 44 | Joseph M. Catalano | 7100-000 | NA | 570,213.60 | 0.00 | 0.00 |
| 27 | Jvs, Llc | 7100-000 | NA | 175,000.00 | 0.00 | 0.00 |
| 32 | Layne T. Strebeck | 7100-000 | NA | 550,000.00 | 0.00 | 0.00 |
| 21 | Masters Properties, Llc | 7100-000 | NA | 435,000.00 | 0.00 | 0.00 |
| 17 | Ranjit R. Pradhan And Radhika R. Pradhan | 7100-000 | NA | 130,200.00 | 0.00 | 0.00 |
| 38 | Resort Custom Builders, Llc | 7100-000 | 0.00 | 150,000.00 | 150,000.00 | 0.00 |
| 34 | River Canyon Ranch, Llc | 7100-000 | NA | 199,000.00 | 0.00 | 0.00 |
| 36 | Ryan S Strebeck | 7100-000 | NA | 200,000.00 | 0.00 | 0.00 |
| 26 | Selena G Strebeck | 7100-000 | NA | 199,000.00 | 0.00 | 0.00 |
| 37 | Seven S Farms. Llc | 7100-000 | NA | 1,250,000.00 | 0.00 | 0.00 |
| 28 | Six S Properties, Llc | 7100-000 | NA | 175,000.00 | 0.00 | 0.00 |
| 33 | Swd, Llc | 7100-000 | NA | 100,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | The Citizens Bank Of Clovis | 7100-000 | NA | 4,773,988.94 | 0.00 | 0.00 |
| 25 | Triple Bar S Properties, Llc | 7100-000 | NA | 230,000.00 | 0.00 | 0.00 |
| 40 | Bruce W. Hamon | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,790,775.11 | $15,059,826.54 | $206,024.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-17054 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | JANICE A. STEINLE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Ute Lake Ranch, Inc. | | | | Date Filed (f) or Converted (c): | 10/26/2016 (c) |
| | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 11/25/2020 | | | | Claims Bar Date: | 03/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Receiver bank account balance | 53,120.83 | 53,100.83 | | 53,100.83 | FA |
| 2.  730.2 acres of dry pasture land<br><br>Sold per Court Order dated 9/20/2017 at Docket #218<br>Value based upon current contract, approved sale - NET to estate $50,00 after credit for lien<br>aka "Parcel A" under approved sale in conjunction with DVR land (Joli, Trustee)<br>Located in Quay and Harding Counties, New Mexico (southside of Ute Reservoir) | 189,852.00 | 189,852.00 | | 294,061.00 | FA |
| 3.  44 Improved single family lots in the Estates at Ute Lake Ra<br><br>Trustee value adjusted to contract sales price of lots to Sid Strebeck, per Court Order at Docket #318 dated 12.18.2018<br>Lots #1, 30, 33, 34, 41-48, 51, 52, 60, 63, 67, 75, 76, 110, 112 -116, 127, 128, 130, 134, 136-142, 144-151 | 308,000.00 | 0.00 | | 200,000.00 | FA |
| 4.  Claim against New Lake LLC for demunition of value during pr<br><br>RESOLVED per Court Order Approving Global Settlement, Docket #385 dated 7/1/2020;<br>Litigation claims, tied into sale of DVR & ULR lands & claim negotiations with main players in both cases; EEB has under advisement at present to determine who claims belong to and what can proceed in which court (after deadline 1.5.18 to provide EEB with massive volume documents was met) | Unknown | 0.00 | | 0.00 | FA |
| 5.  Claim against Freedman for demunition of value during pre-pe<br><br>RESOLVED per Court Order Approving Global Settlement, Docket #385 dated 7/1/2020;<br>Litigation claims, tied into sale of DVR & ULR lands & claim negotiations with main players in both cases; EEB has under advisement at present to determine who claims belong to and what can proceed in which court (after deadline 1.5.18 to provide EEB with massive volume documents was met) | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-17054 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | JANICE A. STEINLE |
|---|---|---|---|---|---|---|
| Case Name: | Ute Lake Ranch, Inc. | | | | Date Filed (f) or Converted (c): | 10/26/2016 (c) |
| | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 11/25/2020 | | | | Claims Bar Date: | 03/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6.  Claim against Bruce W Hamon pending outcome of Ute Lake Ranc<br><br>RESOLVED per Court Order Approving Global Settlement, Docket #385 dated 7/1/2020;<br>Litigation claims, tied into sale of DVR & ULR lands & claim negotiations with main players in both cases; EEB has under advisement at present to determine who claims belong to and what can proceed in which court (after deadline 1.5.18 to provide EEB with massive volume documents was met) | Unknown | 0.00 | | 0.00 | FA |
| 7.  Refund - Farmer's Electric Cooperative (u)<br><br>Sold to Sid Strebeck as part of Remnant Sale, per Docket # Believed to be a 7 or 10 year repayment plan of funds advanced 2008-2012; Trustee continuing to investigate, believe either 2018 or 2019 to be final year | Unknown | 0.00 | | 21,316.71 | FA |
| 8.  OIL & GAS interests under acreage & lots<br><br>Under acreage & lots, no known leases or dividends; sold per Court Order Docket #366 9/14/19 (approving Motion under Docket #355 & Supplemented at Docket #366)) to David Haywood, who also bought Oil & Gas interests from DVR estate | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 9.  Refunds - other misc. (u)<br><br>State Farm ins. | 0.00 | 15.11 | | 15.11 | FA |
| 10. Remnant sale of any tangible & intangible ULR assets (u)<br><br>Sold to Sid Strebeck per Court Order approving remnant sale, Docket #362 dated 9/3/2019 (approving Motion under Docket #357) | 0.00 | 12,000.00 | | 12,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $550,972.83 | $261,967.94 | | $587,493.65 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Activity statement rec'd from Axos Bank showing zero balance, TDR in prep now
Order entered by EEB, checks cut & mailed, ACH made to UST per authorization KH
Re-submitted TFR to UST with changes
Docketed Report of Sales of Assets
Made T-Code and claim adjustments per UST review of initial TFR
Filed TFR 9.8.2020
TFR prep underway
FInal Fee Apps filed for attorney (Docket #401 dated 8/14/20) and accountant (Docket #403 dated 8/14/20)
Final taxes prepared and filed, including short-year "final" 2020
Global Settlement reached, APPROVED PER COURT ORDER DOCKET #385 dated 7/1/2020
10th Cir extended brief deadline to end January 2020
Present telephonically for 10th Cir. mediation on 10.31.19; mediator will attempt to get New Lake & Hammon to table to negotiate financial settlement, get back to both DVR & ULR Trustees with results
Now pending appeal by Bruce Hammon - trying to negotiate settlement, due to large number of claim withdrawals obtained as part of the sale
Closed on sale of 44 lots to Strebeck, per Court Order, Docket #318 dated 12.18.2018, on 1.29.2019
Adjusted Receiver bank acct asset to not include various refunds & dividends rec'd
Asked EPIQ to assist correcting bond refund to negative disbursement, completed so Forms 1/2 balance now
Pending sale of lots to Strebeck, closing prior to end January 2019
Actively working counteroffer to Sid Strebech offer to purchase 44 lots "as is/where is" even if title company will not insure
EEB 2-day hearing held August 2018, pending decision from EEB re DVR/ULR joint settlement with New Lake - resolves lien issues for both estates
Litigation claims, tied into sale of DVR & ULR lands & claim negotiations with main players in both cases; EEB has under advisement at present to determine who claims belong to and what can proceed in which court (after deadline 1.5.18 to provide EEB with massive volume documents was met)
Need claims resolved in order to be able to sell lots, DVR sold/closed but there is litigation over proceeds
Pending Joli's sale of DVR Ranch and clearing secured joint liens, then will sell ULR lots
Companion case to Joli Lofstedt's DVR - Joint Administration TERMINATED per Court Order
CONVERTED TO CH. 7 PER COURT ORDER DOCKET #119 dated 10/26/2016
Jointly Administered with 16-17064 DVR, LLC - Joli Lofstedt, Ch. 11 Trustee
Appointed as Ch. 11 Trustee, filed motion to convert to Ch. 7 as of 9/29/16 - out on 9013 notice

Initial Projected Date of Final Report (TFR): 09/30/2018          Current Projected Date of Final Report (TFR): 12/15/2020

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Trustee Name: JANICE A. STEINLE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX2482

Checking

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/16 | 1 | Cordes & Co. | Bank Funds on hand Receiver balance in account | 1129-000 | $53,100.83 | | $53,100.83 |
| 09/30/16 | | Bank of Kansas City 7500 College Blvd. Suite 1450 Overland Park, KS 66210 | Bank Service Charge | 6990-000 | | $10.00 | $53,090.83 |
| 10/25/16 | 1001 | INTERNATIONAL SURETIES | Chapter 11 Bond Bond 016071778 | 6990-000 | | $425.00 | $52,665.83 |
| 10/31/16 | | Bank of Kansas City 7500 College Blvd. Suite 1450 Overland Park, KS 66210 | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $78.69 | $52,587.14 |
| 11/30/16 | | Bank of Kansas City 7500 College Blvd. Suite 1450 Overland Park, KS 66210 | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $75.43 | $52,511.71 |
| 12/29/16 | 1002 | OFFICE OF THE US TRUSTEE US Trustee Payment Center PO Box 530202 Atlanta, GA 30353-0202 | Quarterly Fees 3rd Qtr., 2016 | 2950-000 | | $325.00 | $52,186.71 |
| 12/30/16 | | Bank of Kansas City 7500 College Blvd. Suite 1450 Overland Park, KS 66210 | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.83 | $52,108.88 |
| 01/24/17 | | Transfer from Acct # xxxxxx2779 | Transfer of Funds | 9999-000 | $300.00 | | $52,408.88 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.70 | $52,331.18 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $70.25 | $52,260.93 |
| 03/14/17 | 7 | Farmers' Electric Cooperative, Inc of NM to Ute Lake Ranch I | Payment | 1229-000 | $5,354.61 | | $57,615.54 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $81.41 | $57,534.13 |

Page Subtotals: $58,755.44 $1,221.31

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 16-17054 | | Trustee Name: JANICE A. STEINLE | Exhibit 9 |
|---|---|---|---|
| Case Name: Ute Lake Ranch, Inc. | | Bank Name: BOK Financial | |
| | | Account Number/CD#: XXXXXX2482 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX9354 | | Blanket Bond (per case limit): $59,566,052.00 | |
| For Period Ending: 11/25/2020 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/17 | 9 | State Farm Mutual Auto Insurance Co to Ute Lake Ranch | Refund - Other<br>Refund for overpayment of premium | 1229-000 | $15.11 | | $57,549.24 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $82.77 | $57,466.47 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $85.41 | $57,381.06 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $82.53 | $57,298.53 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $85.16 | $57,213.37 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $85.03 | $57,128.34 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $82.17 | $57,046.17 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $120.74 | $56,925.43 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $153.79 | $56,771.64 |
| 12/04/17 | 1001 | INTERNATIONAL SURETIES<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond # 016027974 | 2300-000 | | $26.28 | $56,745.36 |
| 12/08/17 | 1002 | SPENCER FANE BRITT & BROWNE LLP<br>PO Box 872037<br>Kansas City, MO 64187-2037 | Per Court Order<br>Docket #246 12.5.2017 | 3210-000 | | $35,190.00 | $21,555.36 |
| 12/08/17 | 1003 | SPENCER FANE BRITT & BROWNE LLP<br>PO Box 872037<br>Kansas City, MO 64187-2037 | Per Court Order<br>Docket #246 12.5.2017 | 3220-000 | | $398.88 | $21,156.48 |

| | | | Page Subtotals: | | $15.11 | $36,392.76 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-17054 | Trustee Name: JANICE A. STEINLE | Exhibit 9 |
| Case Name: Ute Lake Ranch, Inc. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX2482 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9354 | Blanket Bond (per case limit): $59,566,052.00 | |
| For Period Ending: 11/25/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $124.54 | $21,031.94 |
| 01/29/18 | | Title Company | Sale Proceeds From joint DVR sale 10.17.2017 | | | $50,000.00 | | $71,031.94 |
| | | | Gross Receipts | $294,061.00 | | | | |
| | | Sid Strebeck per court Order approving Sale joint with DVR | | ($244,061.00) | 4110-000 | | | |
| | 2 | | 730.2 acres of dry pasture land | $294,061.00 | 1110-000 | | | |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $105.57 | $70,926.37 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $95.21 | $70,831.16 |
| 03/06/18 | 7 | Farmers' Electric Cooperative, Inc of New Mexico for Ute Lak | Payment | | 1229-000 | $4,777.16 | | $75,608.32 |
| 03/11/18 | 1004 | New Mexico Taxation & Revenue | Post Petition Taxes Per Estate tax return | | 2820-000 | | $50.00 | $75,558.32 |
| 03/13/18 | 7 | Farmers' Electric Cooperative, Inc of New Mexico for Ute Lak | Payment | | 1229-000 | $5,173.61 | | $80,731.93 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $113.60 | $80,618.33 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $115.95 | $80,502.38 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $119.65 | $80,382.73 |

Page Subtotals: $59,950.77  $724.52

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  16-17054

Case Name:  Ute Lake Ranch, Inc.

Taxpayer ID No:  XX-XXX9354

For Period Ending:  11/25/2020

Trustee Name:  JANICE A. STEINLE

Bank Name:  BOK Financial

Account Number/CD#:  XXXXXX2482

Checking

Blanket Bond (per case limit):  $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.61 | $80,267.12 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.30 | $80,147.82 |
| 08/08/18 | 1005 | DAMON L KAPLAN, CPA KAPLAN & ASSOCIATES, CPA, PC 5500 Greenwood Plaza Blvd., Suite 100 Greenwood Village, CO  80111 | Distribution Per court order 7/31/18 Docket #280 | 3410-000 | | $6,633.00 | $73,514.82 |
| 08/08/18 | 1006 | DAMON L KAPLAN, CPA KAPLAN & ASSOCIATES, CPA, PC 5500 Greenwood Plaza Blvd., Suite 100 Greenwood Village, CO  80111 | Distribution Per court order 7/31/18 Docket #280 | 3420-000 | | $168.10 | $73,346.72 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.92 | $73,233.80 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $105.33 | $73,128.47 |
| 10/31/18 | 3 | Sid Strebeck Clovis, NM | Earnest Money Deposit ULR lots, per contract & per Court Order approving sale | 1110-000 | $25,000.00 | | $98,128.47 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.88 | $98,018.59 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.98 | $97,877.61 |
| 12/04/18 | 1007 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket BOND # 016027974 | 2300-000 | | $55.32 | $97,822.29 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.46 | $97,676.83 |
| 01/30/19 | | First Title Services | Sale of Real Estate | | $173,083.78 | | $270,760.61 |

Page Subtotals:  $198,083.78  $7,705.90

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Trustee Name: JANICE A. STEINLE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX2482

Checking

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts $175,000.00 | | | | |
| | | First Title Services | Closing & Title Ins costs ($1,916.22) | 2500-000 | | | |
| | 3 | | 44 Improved single family lots in the Estates at Ute Lake Ra $175,000.00 | 1110-000 | | | |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.77 | $270,598.84 |
| 02/05/19 | | Transfer to Acct # xxxxxx4462 | Transfer of Funds to Escrow per Court Order Docket #318 12.18.18 | 9999-000 | | $77,272.73 | $193,326.11 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.56 | $192,966.55 |
| 03/16/19 | 7 | Farmer's Electric Cooperative, Inc. of New Mexico for Ute La | Payment 2018 Anniversary Settlement | 1229-000 | $6,011.33 | | $198,977.88 |
| 03/29/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.22 | $198,687.66 |
| 04/30/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.78 | $198,401.88 |
| 05/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $294.88 | $198,107.00 |
| 06/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $284.94 | $197,822.06 |
| 07/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $294.02 | $197,528.04 |
| 08/30/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $293.58 | $197,234.46 |

Page Subtotals: $6,011.33 $79,537.48

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Trustee Name: JANICE A. STEINLE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX2482

Checking

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/19 | 8 | David Haywood | Sale Proceeds Per Court Order approving sale of mineral interests | 1110-000 | $7,000.00 | | $204,234.46 |
| 09/16/19 | 1008 | New Mexico Taxation & Revenue Dept PO Box 25127 Santa Fe, NM 87504-5127 | State Tax 2018 | 2820-000 | | $50.00 | $204,184.46 |
| 09/23/19 | 8 | David Haywood | Sale Proceeds REMNANTS, sold per Court Order to Sid Strebeck | 1110-000 | $12,000.00 | | $216,184.46 |
| 09/30/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $293.31 | $215,891.15 |
| 10/07/19 | 10 | Sid Strebeck | Sale Proceeds REMNANT sale, per Court Order (ENTRY TO CORRECT prior one showing Haywood, incorrectly), posted 9/23/2019 | 1229-000 | $12,000.00 | | $227,891.15 |
| 10/07/19 | | David Haywood | Sale Proceeds Reversal Wrong payor listed -from Strebeck not Haywood | 1110-000 | ($12,000.00) | | $215,891.15 |
| 11/29/19 | | Transfer to Acct # xxxxxx0024 | Transfer of Funds | 9999-000 | | $215,891.15 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $341,816.43 | $341,816.43 |
| Less: Bank Transfers/CD's | $300.00 | $293,163.88 |
| Subtotal | $341,516.43 | $48,652.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $341,516.43 | $48,652.55 |

Page Subtotals:                    $19,000.00     $216,234.46

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-17054
Case Name: Ute Lake Ranch, Inc.

Trustee Name: JANICE A. STEINLE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX2779
Checking

Taxpayer ID No: XX-XXX9354
For Period Ending: 11/25/2020

Blanket Bond (per case limit): $59,566,052.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/16 | | Global Surety, LLC to Janice A Steinle for Ute Lake Ranch | Refund - Other<br>Unused BOND previously paid | 6990-000 | | ($300.00) | $300.00 |
| 01/24/17 | | Transfer to Acct # xxxxxx2482 | Transfer of Funds | 9999-000 | | $300.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $300.00 |
| Subtotal | $0.00 | ($300.00) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | ($300.00) |

UST Form 101-7-TDR (10/1/2010) *(Page: 30)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-17054 | Trustee Name: JANICE A. STEINLE |
| Case Name: Ute Lake Ranch, Inc. | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX4462 |
| | ESCROW LIEN PER COURT ORDER |
| Taxpayer ID No: XX-XXX9354 | Blanket Bond (per case limit): $59,566,052.00 |
| For Period Ending: 11/25/2020 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/19 | | Transfer from Acct # xxxxxx2482 | Transfer of Funds to Escrow per Court Order Docket #318 12.18.18 | 9999-000 | $77,272.73 | | $77,272.73 |
| 11/29/19 | | Transfer to Acct # xxxxxx0032 | Transfer of Funds | 9999-000 | | $77,272.73 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $77,272.73 | $77,272.73 |
| Less: Bank Transfers/CD's | $77,272.73 | $77,272.73 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $77,272.73   $77,272.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Trustee Name: JANICE A. STEINLE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0024

Checking

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/19 | | Transfer from Acct # xxxxxx2482 | Transfer of Funds | 9999-000 | $215,891.15 | | $215,891.15 |
| 12/09/19 | 3001 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Number 016027974 | 2300-000 | | $116.17 | $215,774.98 |
| 12/09/19 | 3002 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO 64187-2037 | Per Court Order dated 12.5.2019, Docket # 373 | 3210-000 | | $83,578.00 | $132,196.98 |
| 12/09/19 | 3003 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO 64187-2037 | Per Court Order dated 12.5.2019 Docket # 373 | 3220-000 | | $1,330.04 | $130,866.94 |
| 12/16/19 | 3001 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Number 016027974 Reversal Revised invoice rec'd from bonding company, decreased amount due from estate | 2300-000 | | ($116.17) | $130,983.11 |
| 12/16/19 | 3004 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT Per Revised Invoice | 2300-000 | | $102.20 | $130,880.91 |
| 01/13/20 | 3004 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT Reversal Premium changed - reissued check #3005 to finalize bond | 2300-000 | | ($102.20) | $130,983.11 |
| 01/13/20 | 3005 | INTERNATIONAL SURETIES 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT Bond Number 016027974 12/1/19 to 12/1/20 | 2300-000 | | $98.20 | $130,884.91 |
| 08/26/20 | | Transfer from Acct # xxxxxx0032 | Transfer of Funds from Checking account xxx0032 to Checking account xxx0024 | 9999-000 | $77,272.73 | | $208,157.64 |
| 08/26/20 | 3006 | New Mexico Taxation & Revenue Dept PO Box 25127 Santa Fe, NM 87504-5127 | Post Petition Taxes 2019 state tax return fee | 2820-000 | | $50.00 | $208,107.64 |
| 08/26/20 | 3007 | New Mexico Taxation & Revenue Dept. PO Box 25127 Santa Fe, NM 87504-5127 | Post Petition Taxes 2020 state tax return fee (final short year return) | 2820-000 | | $50.00 | $208,057.64 |

Page Subtotals: $293,163.88 $85,106.24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-17054 | Trustee Name: JANICE A. STEINLE |
| Case Name: Ute Lake Ranch, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0024 |
| | Checking |
| Taxpayer ID No: XX-XXX9354 | Blanket Bond (per case limit): $59,566,052.00 |
| For Period Ending: 11/25/2020 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/20 | 3008 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO 64187-2037 | Per Court Order Final Fee approval, Docket # 408 dated 9/17/20 | 3210-000 | | $56,315.00 | $151,742.64 |
| 09/29/20 | 3009 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO 64187-2037 | Per Court Order Final Fee Order, Docket #408 dated 9/17/2020 | 3220-000 | | $1,243.30 | $150,499.34 |
| 09/29/20 | 3010 | DAMON L KAPLAN, CPA 5500 Greenwood Plaza Blvd. Suite 100 Greenwood Village, CO 80111 | Per Court Order Final Fee Order, Docket #409 dated 9/17/20 | 3410-000 | | $7,407.50 | $143,091.84 |
| 09/29/20 | 3011 | DAMON L KAPLAN, CPA 5500 Greenwood Plaza Blvd. Suite 100 Greenwood Village, CO 80111 | Per Court Order Final Fee Order, Docket #409 dated 9/17/20 | 3420-000 | | $262.40 | $142,829.44 |
| 11/09/20 | 3014 | OFFICE OF THE US TRUSTEE US Trustee Payment Center PO Box 6200-19 Portland, OR 97228-6200 | Final distribution to claim 22222 creditor account #81-16-17054 representing a payment of 50.00 % per court order. Reversal going to try ACH payment | 2950-000 | | ($325.00) | $143,154.44 |
| 11/09/20 | 3012 | Janice A. Steinle 9249 S. BROADWAY STE. 200 PMB 505, HIGHLANDS RANCH, CO 80129 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $32,624.68 | $110,529.76 |
| 11/09/20 | 3013 | Janice A. Steinle 9249 S. BROADWAY STE. 200 PMB 505, HIGHLANDS RANCH, CO 80129 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $2,769.18 | $107,760.58 |
| 11/09/20 | 3014 | OFFICE OF THE US TRUSTEE US Trustee Payment Center PO Box 6200-19 Portland, OR 97228-6200 | Final distribution to claim 22222 creditor account #81-16-17054 representing a payment of 50.00 % per court order. | 2950-000 | | $325.00 | $107,435.58 |
| 11/09/20 | 3015 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO 64187-2037 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 6210-000 | | $248.55 | $107,187.03 |

| Page Subtotals: | $0.00 | $100,870.61 |
|---|---|---|

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Trustee Name: JANICE A. STEINLE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0024

Checking

Exhibit 9

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/20 | 3016 | SPENCER FANE BRITT & BROWNE LLP PO Box 872037 Kansas City, MO  64187-2037 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 6220-000 | | $13,787.75 | $93,399.28 |
| 11/09/20 | 3017 | Cordes & Company, As Receiver And Custodian Of Ute 5299 Dtc Blvd., Ste. 815 Greenwood Village, Co 80111 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $62,171.12 | $31,228.16 |
| 11/09/20 | 3018 | Holland & Hart LLP | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $16,180.94 | $15,047.22 |
| 11/09/20 | 3019 | Markus Williams Young & Zimmermann Llc C/O James T. Markus 1700 Lincoln Street, Suite 4550 Denver, Co 80203 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $14,722.22 | $325.00 |
| 11/10/20 | | Janice A. Steinle 9249 S. BROADWAY STE. 200 PMB 505, HIGHLANDS RANCH, CO 80129 | Quarterly Fees | 2950-000 | | $325.00 | $0.00 |
| 11/11/20 | | Janice A. Steinle 9249 S. BROADWAY STE. 200 PMB 505, HIGHLANDS RANCH, CO 80129 | Quarterly Fees Reversal Posted incorrectly as transfer to trustee instead of by trustee to UST | 2950-000 | | ($325.00) | $325.00 |
| 11/11/20 | | OFFICE OF THE US TRUSTEE US Trustee Payment Center PO Box 6200-19 Portland, OR  97228-6200 | Quarterly Fees | 2950-000 | | $325.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $293,163.88 | $293,163.88 |
| Less: Bank Transfers/CD's | $293,163.88 | $0.00 |
| Subtotal | $0.00 | $293,163.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $107,187.03 |

Net $0.00 $293,163.88

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-17054

Case Name: Ute Lake Ranch, Inc.

Trustee Name: JANICE A. STEINLE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0032

ESCROW LIEN PER COURT ORDER

Exhibit 9

Taxpayer ID No: XX-XXX9354

For Period Ending: 11/25/2020

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/19 | | Transfer from Acct # xxxxxx4462 | Transfer of Funds | 9999-000 | $77,272.73 | | $77,272.73 |
| 08/26/20 | | Transfer to Acct # xxxxxx0024 | Transfer of Funds from Checking account xxx0032 to Checking account xxx0024 | 9999-000 | | $77,272.73 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $77,272.73 | $77,272.73 |
| Less: Bank Transfers/CD's | $77,272.73 | $77,272.73 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $77,272.73   $77,272.73

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0024 - Checking | $0.00 | $293,163.88 | $0.00 |
| XXXXXX0032 - ESCROW LIEN PER COURT ORDER | $0.00 | $0.00 | $0.00 |
| XXXXXX2482 - Checking | $341,516.43 | $48,652.55 | $0.00 |
| XXXXXX2779 - Checking | $0.00 | ($300.00) | $0.00 |
| XXXXXX4462 - ESCROW LIEN PER COURT ORDER | $0.00 | $0.00 | $0.00 |
| | $341,516.43 | $341,516.43 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $245,977.22 |
| Total Net Deposits: | $341,516.43 |
| Total Gross Receipts: | $587,493.65 |

Page Subtotals:                              $0.00                $0.00